# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, ) ) ) Plaintiff, ) ) vs. ) ) DIAKA OREA, INDIVIDUALLY and as ) PERSONAL REPRESENTATIVE OF THE ) ESTATE OF TYRA SHANNON, OQUENDO ) HARRIS, RONETTA HARRIS, MICHAEL ) SHANNON and DARQUISE GOWDY, ) ) Defendants. ) | Cause No. 4:18-CV-110-HEA |

## MOTION FOR ORDER DIRECTING PAYOUT OF LIFE INSURANCE PROCEEDS

COME NOW Defendants Diaka Orea, Individually and as Personal Representative of the Estate of Tyra Shannon, Oquendo Harris, Ronetta Harris, and Michael Shannon, and for Defendants' Motion for Order Directing Payout of Life Insurance Proceeds states as follows:

1. At the time of her death in August of 2016, Tyra Shannon had not designated any beneficiaries to her Life Policy with benefits of $40,000 under the Group Term Life (Policy No. FLX 963718) or her AD&D Policy with benefits of $40,000 under the Group Accidental Death Policy (Policy No. OK 965352).

2. The terms of the life insurance policies at issue state:

When applying for this option, the Employee must name a beneficiary. Any beneficiary named previously under the Policy is no longer in effect. If there is no named or surviving beneficiary, Death Benefits will be paid to the first surviving class of the following living relatives:
   a. spouse;
   b. child or children;
   c. mother or father;
   **d. brothers or sisters; or**
   e. the executors or administrators of the Insured's estate.

*Doc. 1-2, p. 20 of 48.* The life insurance policy terms do not make a distinction between full and half siblings.

3. Tyra Shannon was single and had 2 children, Lawrence Strawbridge and Darquis Gowdy at the time of her death.

4. Tyra Shannon's mother, Connie Shannon, died on June 7, 2015. *Exhibit A.*

5. There is no father listed on Tyra Shannon's birth certificate and Defendants are unaware of any paternity action was brought to determine her father's identity. *Exhibit B.*

6. Diaka Orea, Oquendo Harris, Ronetta Harris, and Michael Shannon are the only siblings of Tyra Shannon.

7. Tyra Shannon's only surviving son, Darquis Gowdy was charged in the August 2016 deaths of both his mother Tyra Shannon and his brother Lawrence Strawbridge, and was found mentally competent to stand trial. *Exhibit C.*

8. Darquis Gowdy recently pled not guilty by reason of mental disease or defect at the time of the murder of his mother, and has been ordered to be confined to the State of Missouri Department of Mental Health at the Fulton State Hospital for long term psychiatric treatment related to his schizophrenia. *Exhibit D.*

9. Darquis Gowdy has signed a renunciation of rights of any recovery of the life insurance proceeds at issue in this action. *Exhibit E.* Because Mr. Gowdy has signed this renunciation, Defendants Diaka Orea, Oquendo Harris, Ronetta Harris, and Michael Shannon do not believe it is necessary to have a hearing to determine whether Mr. Gowdy would or would not take under the life insurance policies by causing the death of Tyra Shannon.

10. Therefore, Defendants Diaka Orea, Oquendo Harris, Ronetta Harris, and Michael Shannon hereby request this Court enter the Proposed Order filed herewith ordering payout of the life insurance proceeds as follows:

(a) $40,000 under the Group Term Life (Policy No. FLX 963718) in equal parts to Diaka Orea, Oquendo Harris, Ronetta Harris, and Michael Shannon as follows:

   i. $10,000 to Diaka Orea

   ii. $10,000 to Oquendo Harris

   iii. $10,000 to Ronetta Harris

   iv. $10,000 to Michael Shannon

(b) $40,000 under the Group Accidental Death Policy (Policy No. OK 965352) in equal parts to Diaka Orea, Oquendo Harris, Ronetta Harris, and Michael Shannon as follows:

   i. $10,000 to Diaka Orea

   ii. $10,000 to Oquendo Harris

   iii. $10,000 to Ronetta Harris

   iv. $10,000 to Michael Shannon

WHEREFORE, Defendants Diaka Orea, Oquendo Harris, Ronetta Harris, and Michael Shannon hereby request this Court enter an Order Granting Payout of Life Insurance Proceeds and for such further orders the Court deems proper, the premises considered.

DOWD & DOWD, P.C.

By: /s/ Laura G. Lumaghi
Laura G. Lumaghi, 50816MO
Dowd & Dowd, P.C.
211 North Broadway, Ste. 4050
St. Louis, MO  63102

(314) 621-2500
(314) 621-2503 facsimile
laura@dowdlaw.net

*Attorneys for Defendants Diaka Orea, Individually and as Personal Representative of the Estate of Tyra Shannon, Oquendo Harris, Ronetta Harris, and Michael Shannon*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was e-filed and served via this Court's CM/ECF electric filing system on this 14th day of August, 2019 on all counsel of record.

/s/ Laura G. Lumaghi